UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| REPUBLIC VANGUARD INSURANCE COMPANY, et al. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No: 2:22-cv-04173-WJE<br>)<br>) |
| TURNER TRANSPORT LLC, et al., | )<br>) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Dismissal filed on January 17, 2023. Pursuant to Federal Rule of Civil Procedure Rule 41 (a)(1)(A)(i), this action is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

*Willie J. Epps, Jr.*

Willie J. Epps, Jr.
United States Magistrate Judge

January 17, 2023